UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MEGAN G. et al.,

       Plaintiffs,

v.                                                                          Case No. 12-C-115

APPLETON AREA SCHOOL DISTRICT et al.,

       Defendants.

**ORDER**

Previously, defendants in this matter filed a motion to seal requesting that various deposition transcripts filed in support of its motion for summary judgment be maintained under seal. Grounds for maintaining the depositions under seal were that they contained the names of the minor plaintiffs identified in the docket caption only by their initials. The court granted defendants' motion to seal and directed them to file redacted copies. (ECF No. 54.) It appears on a review of the docket that the only reason the depositions are sealed is because they contain the names of the minor plaintiffs. In addition, the defendants have not yet filed redacted copies of the deposition transcripts as directed by the court in its last order. Just because the name of a minor plaintiff appears in a deposition transcript is not a sufficient reason to maintain the entire document under seal. In the circumstance where there is a need to withhold sensitive identifying information such as this, rather than file an unredacted copy with the court with an accompanying motion to seal, Federal Rule of Civil Procedure 5.2(a) directs that parties file redacted copies including only the minor's initials. *See also* 4B Wright & Miller, *Federal Practice and Procedure: Civil 3d* § 1155 ("The rule places the

obligation on counsel and the party or non-party making the filing to redact the protected information, not the clerk of the district court.").

Accordingly, defendants are directed to file redacted copies of the documents currently under seal within 15 days from the date of this order. Questions concerning how to file these redacted documents into the record should be directed to the Clerk.

**SO ORDERED** this __4th__ day of June, 2013.

                                s/ William C. Griesbach
                                William C. Griesbach, Chief Judge
                                United States District Court